373 A.2d 1087

COMMONWEALTH of Pennsylvania

v.

Zachary WILLIAMS, Appellant (two cases).

Supreme Court of Pennsylvania.

Submitted April 12, 1977.

Decided June 3, 1977.

Bruce W. Miller, Hazleton, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Gaele Barthold, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Appellant was found guilty by a jury of voluntary manslaughter and simple assault. The conviction arose out of the shooting death of one individual and the wounding of another. In this appeal, appellant asserts the trial court erred in (1) refusing to charge the jury on involuntary manslaughter; (2) refusing to grant a mistrial after allegedly improper prosecutorial remarks made during closing argument; and (3) prohibiting the defense from introducing certain evidence at trial. Appellant failed to preserve these claims for appellate review, however, as he did not raise them in written post-verdict motions. See *Commonwealth v. Blair*, 460 Pa. 31, 331 A.2d 213 (1975). Therefore, judgment of sentence must be affirmed.